# EXHIBIT A

| Event Date | Event Volu | Event Page | Event Type | Comment | Docket Nu | Docket De | Local Case Number |
|---|---|---|---|---|---|---|---|
| 11/07/2017 | | | Service Returned | | 7 | Event | 2017-025096-CA-01 |
| 11/01/2017 | | | Receipt: | RECEIPT#:3 | 6 | Event | 2017-025096-CA-01 |
| 10/31/2017 | | | 20 Day Summons Issued | | | Service | 2017-025096-CA-01 |
| 10/31/2017 | | | ESummons 20 Day Issu | | 5 | Event | 2017-025096-CA-01 |
| 10/30/2017 | | | Receipt: | RECEIPT#:2 | 3 | Event | 2017-025096-CA-01 |
| 10/27/2017 | | | (M) 20 Day (C) Summo | | 4 | Event | 2017-025096-CA-01 |
| 10/26/2017 | | | Complaint | | 2 | Event | 2017-025096-CA-01 |
| 10/26/2017 | | | Civil Cover | | 1 | Event | 2017-025096-CA-01 |

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)




## Miami-Dade County Civil, Family and Probate Courts Online System

◀ Back to Search

### JAMES DUMAY VS AKIMA GLOBAL SERVICES, LLC.

**Local Case Number:** 2017-025096-CA-01
**Filing Date:** 10/26/2017
**State Case Number:** 132017CA025096000001
**Case Type:** Discrimination - Employment or Other
**Consolidated Case No.:** N/A
**Judicial Section:** CA27
**Case Status:** OPEN

### 👥 Parties

Number of Parties: 2

⇱ Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Dumay, James | B#: (Bar Number)533637<br>N: (Attorney Name)Anthony M Georges-Pierre | |
| Defendant | Akima Global Services, LLC. | | |

### 🔨 Hearing Details

Number of Hearing: 0

No hearing information found

### 🔊 Dockets

Dockets Retrieved: 8

⇱ Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 7 | 11/07/2017 | | Service Returned | Event | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 6 | 11/01/2017 | | Receipt | Event | RECEIPT#:3460110 AMT PAID:$10.00 NAME:ANTHONY M GEORGES-PIERRE 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 REC |
| | 10/31/2017 | | 20 Day Summons Issued | Service | |
| 5 | 10/31/2017 | | ESummons 20 Day Issued | Event | Parties: Akima Global Services LLC. |
| 3 | 10/30/2017 | | Receipt | Event | RECEIPT#:2170138 AMT PAID:$401.00 NAME:ANTHONY M GEORGES-PIERRE 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 |
| 4 | 10/27/2017 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 10/26/2017 | | Complaint | Event | |
| 1 | 10/26/2017 | | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp) | Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) | Contact Us (http://www.miami-dadeclerk.com/contact.asp) | (http://www.miamidade.gov)
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

S0142977

https://www2.miami-dadeclerk.com/ocs/Search.aspx   2/2

FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: _____
Judge: _____

James Dumay
Plaintiff
vs.
Akima Global Services, LLC.
Defendant

## II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

III. **REMEDIES SOUGHT** (check all that apply):
   - ☒ Monetary;
   - ☒ Non-monetary declaratory or injunctive relief;
   - ☒ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (   )**
   (Specify)

   2

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
   - ☐ Yes
   - ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   - ☒ No
   - ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   - ☒ Yes
   - ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Anthony M Georges-Pierre    FL Bar No.: 533637
   Attorney or party                                      (Bar number, if attorney)

Anthony M Georges-Pierre    10/26/2017
   (Type or print name)                                   Date

Filing # 63392732 E-Filed 10/26/2017 05:03:18 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: _____

JAMES DUMAY,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC
a Foreign Limited Liability Company,

    Defendant.
_____/

## COMPLAINT

**COMES NOW** Plaintiff, **JAMES DUMAY** ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, AKIMA GLOBAL SERVICES, LLC, a Foreign Limited Liability Company, ("Defendant"), and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for declaratory and injunctive relief and damages pursuant to the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et seq.* ("FCRA"), and Civil Rights Act of 1866, 42 U.S.C. §1981 ("§ 1981") to redress injuries resulting from Defendant's unlawful discriminatory treatment of Plaintiff due to race and National Origin.

2. At all times material hereto, Plaintiff was a resident of Miami-Dade County, Florida.

3. Defendant is a Foreign Limited Liability Company authorized to conduct business in the State of Florida.

15. Throughout Plaintiff's employment with Defendant, The Project Manager's disciplinary scale was not the same for Black Haitian males such as Plaintiff.

16. On or about February 9, 2017, Plaintiff timely filed a charge of employment discrimination with the Equal Employment Opportunity Commission (EEOC) and Florida Commission on Human Relations (FCHR), the agency which is responsible for investigating claims of employment discrimination and suit was instituted timely. The charge of discrimination is attached herein as Exhibit A, and the Dismissal And Notice of Rights is attached herein as Exhibit B..

## COUNT I
### *Race Discrimination in Violation of the FCRA*
### AKIMA GLOBAL SERVICES, LLC

17. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-16 above as if set out in full herein.

18. Plaintiff is a member of a protected class under the FCRA.

19. By the conduct describe above, Defendant has engaged in discrimination against Plaintiff because of Plaintiff's race.

20. Such discrimination was based upon the Plaintiff's race in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is a Haitian black man.

21. Defendant's conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendant and its supervisory personnel were aware that discrimination on the basis of Plaintiff's race was unlawful but acted in reckless disregard of the law.

22. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendant.

23. Defendant retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

24. As a result of Defendant's actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

25. The conduct of Defendant, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

26. The actions of the Defendant and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to federal law, to punish the Defendant for its actions and to deter it, and others, from such action in the future.

27. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendant's discriminatory practices unless and until this Honorable Court grants relief.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendant:

   a. Adjudge and decree that Defendant has violated the FCRA, and has done so willfully, intentionally, and with reckless disregard for Plaintiff's rights;

   b. Enter a judgment requiring that Defendant pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the

unlawful employment practices described herein;

c. Enter an award against Defendant and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d. Require Defendant to reinstate Plaintiff to the position at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendant, or in lieu of reinstatement, award front pay;

e. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

f. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT II
### National Origin Discrimination in Violation of the FCRA
### AKIMA GLOBAL SERVICES, LLC

28. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-16 above as if set out in full herein.

29. Plaintiff is a member of a protected class under the FCRA.

30. By the conduct describe above, Defendant has engaged in discrimination against Plaintiff because of Plaintiff's national origin and subjected the Plaintiff to national origin animosity.

31. Such discrimination was based upon the Plaintiff's national origin in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is a Male of Haitian Descent.

32. Defendant's conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendant and its supervisory personnel were aware that discrimination on the basis of Plaintiff's national origin was unlawful but acted in reckless disregard of the law.

33. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendant.

34. Defendant retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

35. As a result of Defendant's actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

49. The conduct of Defendant, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

50. The actions of the Defendant and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to federal law, to punish the Defendant for its actions and to deter it, and others, from such action in the future.

51. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendant's discriminatory practices unless and until this Honorable Court grants relief.

WHEREFORE, Plaintiffs respectfully prays for the following relief against Defendant:

    a. Adjudge and decree that Defendant has violated the FCRA, and has done so willfully, intentionally, and with reckless disregard for Plaintiff's rights;

b. Enter a judgment requiring that Defendant pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

c. Enter an award against Defendant and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d. Require Defendant to reinstate Plaintiff to the position at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendant, or in lieu of reinstatement, award front pay;

e. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

f. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: 10/26/17

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

"EXHIBIT A"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2017-01641 |

Florida Commission On Human Relations and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. James Dumay | (786) 346-0235 | 1966 |

Street Address: 13117 S.W. 284 Street, Homestead, FL 33033

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AKIMA Global Services (AGS) | 500 or More | (571) 323-5200 |

Street Address: 13873 Park Center Road, Herndon, VA 20171

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-24-2016  Latest: 12-29-2016
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black and my national origin is Haitian. I was employed by the above-named employer from July 16, 2007, as Detention Officer, until I was suspended December 29, 2016.

On December 24, 2016, I was involved in an incident with an inmate in which I accidentally threw water in the inmates face. I apologized to the inmate for the mistake. As I was assisting another officer, an inmate caused an incident in which I was required to submit a written report but I failed to do that however Officer Desilma intervene and advise me that my name would be included in his report. On December 25, 2016, I was advised to speak with the project manager about the incident, at which point I was instructed to assist with post visitation attorney side. On December 29, 2016, I was called into the office of Personnel Manager, Karen Sinanan and Union Representative, Maria Jackson. An investigation of my action dated December 24, 2016, came up during the meeting. I asked, "why I did not file a report against the inmate that caused the incident?", I explained that the officer who relieved me and informed me that he was going to add my name to the incident report. Due to the fact that I failed to report the incident and the inmate accused me of assault and was suing the facility of abuse, I was suspended for more than 9 days without pay. I don't know any other officers who have committed the same offense as I did.

I believe I was discriminated against because of my national origin Haitian and race Black, in violation of Title VII of the Civil Rights Act of 1964, as amended..

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2-9-17
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

"EXHIBIT B"

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: James Dumay
13117 Sw 284 Street
Homestead, FL 33033

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2017-01641 | MICHAEL S. MATHELIER, Investigator | (305) 808-1797 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Nitzen Santos Wright

MICHAEL J. FARRELL,
District Director

APR 10 2017
(Date Mailed)

Enclosures(s)

cc: Laura Mitchell
President
AKIMA GLOBAL SERVICES, (AGS)
13873 Park Center Rd, Suite 400N
Herndon, VA 20171

Filing # 63452146 E-Filed 10/27/2017 06:58:23 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2017-025096-CA-01

JAMES DUMAY,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC
a Foreign Limited Liability Company,

    Defendant.

_____/

DATE: 11/2/17  TIME: 1:50p
INITIALS: AK  ID #: 260

## SUMMONS IN A CIVIL CASE

AKIMA GLOBAL SERVICES, LLC

Registered agent:
C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts
CLERK

10/31/2017
DATE

Conelle Brown 164659
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2017-025096-CA-01

JAMES DUMAY,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC
a Foreign Limited Liability Company,

    Defendant.
_____/

## SUMMONS IN A CIVIL CASE

**AKIMA GLOBAL SERVICES, LLC**

Registered agent:
**C T CORPORATION SYSTEM**
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Harvey Ruvin, Clerk of Courts | 10/31/2017 |
|---|---|
| CLERK | DATE |
| *Gonelle Brown* 164659 (BY) DEPUTY CLERK | |

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2017-025096-CA-01

JAMES DUMAY,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC
a Foreign Limited Liability Company,

    Defendant.

_____/

## SUMMONS IN A CIVIL CASE

AKIMA GLOBAL SERVICES, LLC

Registered agent:
**C T CORPORATION SYSTEM**
1200 South Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                            DATE


_____
(BY) DEPUTY CLERK

Filing # 63858648 E-Filed 11/07/2017 11:19:48 AM

# RETURN OF SERVICE

State of Florida      County of MIAMI-DADE      Circuit Court

Case Number: 2017-025096-CA-01

Plaintiff:
**JAMES DUMAY**

vs.

Defendant:
**AKIMA GLOBAL SERVICES, LLC**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 1st day of November, 2017 at 4:38 pm to be served on **AKIMA GLOBAL SERVICES, LLC REGISTERED AGENT: C T CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, ANDREW KARP, do hereby affirm that on the **2nd** day of **November, 2017** at **1:50 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH EMPLOYEE AT CT CORPORATION SYSTEM** as Registered Agent At the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** for **AKIMA GLOBAL SERVICES, LLC REGISTERED AGENT: C T CORPORATION SYSTEM**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

ANDREW KARP
SPS #260

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2017014234

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g